# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 18-4871 JFW (SS) & <br> CV 18-3717 JFW (SS) | Date: August 9, 2018 <br> Page 1 of 3 |

Title: <u>Nathaniel Phillips v. CDCR Director, et al. & Nathaniel Phillips v. CDCR</u>

---

**DOCKET ENTRY:** **ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT PETITIONER'S CIVIL RIGHTS ACTION AND HABEAS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

---

PRESENT:

### HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| _Marlene Ramirez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                         None Present

**PROCEEDINGS: (IN CHAMBERS)**

On April 14, 2018, Plaintiff Nathaniel Phillips, a California state prisoner proceeding <u>pro se</u>, constructively filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff also has a pending habeas action in this Court, which is <u>Phillips v. CDCR</u>, CV 18-3717. On July 19, 2018, the Court issued an Order to Show Cause in Plaintiff's civil rights case as to why the case should not be dismissed due to Plaintiff's failure to pay the initial partial filing fee. ("OSC," Dkt. No. 9). The OSC was returned to the Court as undeliverable on August 7, 2018. (Dkt. No. 12).

Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of his current address of record or the Court may dismiss this action:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.   CV 18-4871 JFW (SS)                                Date: August 9, 2018
                                                              Page 2 of 3

Title:    Nathaniel Phillips v. CDCR Director, et al.

A party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

C.D. Cal. L.R. 41-6.

Because Plaintiff apparently no longer resides at his address of record,[1] Plaintiff is **ORDERED TO SHOW CAUSE** within **seven days of the date of this Order** why this action and his pending habeas action should not be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address. Plaintiff may satisfy this Order by filing a response either confirming or providing a current address.

**If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

---

[1] Plaintiff's address of record is at the Clark County Detention Center in Las Vegas, Nevada. However, a search of the on-line records maintained by Clark County reveals no record of Plaintiff being in custody at this time. See http://www.clarkcountynv.gov/ccdc/Pages/InCustodySearch.aspx; see also Louis v. McCormick & Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records). Other searches of on-line records for Nevada and California similarly give no indication that Plaintiff is currently in custody, nor do they provide any information about his present address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.     CV 18-4871 JFW (SS)                                Date:  August 9, 2018
                                                                Page 3 of 3

Title:       Nathaniel Phillips v. CDCR Director, et al.

    The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record, i.e., Nathaniel Phillips, # 7054541, Clark County Detention Center, 330 South Casino Center Blvd., Las Vegas, NV 89101.

    IT IS SO ORDERED.