

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATHANIEL PHILLIPS, | Case No. CV 18-3717 JFW (SS) |
|---|---|
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND** |
| CDCR, et al., | **RECOMMENDATIONS OF UNITED** |
| Respondent. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1 | **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice. Respondent's Motion to Dismiss is DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 10/26/18

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE