FILED
CLERK U.S DISTRICT COURT
OCT 29 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL PHILLIPS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CDCR, et al.,<br><br>　　　　　Respondent. | Case No. CV 18-3717 JFW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: 10/24/18

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE